# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

January 30, 2026

*Via ECF*
Hon. Judge Robert M. Levy
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY, 11201

> Re:   *Lindow v. Metropolitan Realty Group, LLC, et al*
>        *Index No.: 19-CV-2021 (GRB)(RML)*

Dear Judge Brown:

This office represents Defendants in this action. I am writing in accordance with Your Honor's Order, dated January 20, 2026, requesting a status update. By way of background, Plaintiff Prince Lindow originally commenced this suit in 2019, alleging claims under the New York Labor Law ("NYLL"), the Fair Labor Standards Act ("FLSA") and breach of contract. In early 2021, Plaintiff's counsel, Giskan, Solotaroff & Anderson LLP requested to be relieved as counsel for reasons unknown to Defendants. In late 2021, Plaintiff obtained new counsel, Mr. Jacob Aronauer, Esq. The parties subsequently completed discovery, and the case proceeded to the summary judgment stage. Honorable Judge Brown granted the overwhelming majority of Defendants' motion for summary judgment, with exception of a time period covering approximately five weeks of Plaintiff's employment. On December 17, 2024, the Court issued an order which stated that "whereas the remaining claim in this case appears to be of *de minimis* value, this case is referred to arbitration in lieu of a trial date."

Thereafter, the parties selected an arbitrator, and arbitration dates were scheduled for September 2025. However, in August 2025, prior to the arbitration hearing, Plaintiff's counsel filed a motion to withdraw as counsel for reasons unknown to Defendants. On September 9, 2025, the Court issued an Order granting Mr. Aronauer's application to withdraw as Mr. Lindow's attorney. In that Order, the Court provided Plaintiff with a deadline of October 31, 2025 to "obtain a new lawyer or be prepared to proceed *pro se* with the arbitration ordered by Judge Brown on a date to be scheduled by the ADR Department and the arbitrator." On October 1, 2025, Mr. Aronauer filed a letter with proof of service, confirming that he sent the Court's September 9, 2025 Order to Mr. Lindow. (Dkt # 101.)

Defendants have no knowledge as to whether or not Mr. Lindow has obtained new counsel, or whether he is prepared to proceed in a *pro se* capacity. Defendants have had no contact with

1

Plaintiff, or anyone representing Plaintiff. Likewise, Defendants are unaware as to whether Plaintiff has contacted the court about proceeding *pro se,* such as, for example, contacting the *pro se* office at the courthouse.

In light of the foregoing history, Defendants would welcome guidance from the court as to how best to proceed in this matter.

Thank you for your time and consideration regarding this matter.

Very Truly Yours,

Joshua Beldner